IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01043-PAB-MEH

JENNIFER R. HUERENA,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2012.**

      In the interest of justice, Plaintiff's Unopposed Motion to Allow Second Amended Complaint [filed June 27, 2012; docket #19] is **granted**. The Clerk of the Court is directed to accept Plaintiff's Second Amended Complaint and Jury Demand [docket #20] as filed.